

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

RE: Reassignment of Cases to the Docket of
District Judge Douglas R. Cole

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Douglas R. Cole.

IT IS SO ORDERED.

November 20, 2020

_____
Honorable Algenon L. Marbley
Chief Judge United States District Court

| Case Number | Caption |
| --- | --- |
| 1:13-cv-00586-TSB | **United States of America et al v. Alphatec Spine, Inc. et al** |
| 1:16-cv-00945-MRB | **Ruth Ann Cooper, DPM v. Neilmed Pharmaceuticals, Inc.** |
| 1:17-cv-00188-MRB | **IRC Stone Creek, L.L.C. v. Stone Creek Development Company of Ohio, LLC et al** |
| 1:17-cv-00268-MRB-MRM | **Finnell v. Warden, Lebanon Correctional Institution** |
| 1:17-cv-00389-MRB | **Board of Commissioners of Clermont County, Ohio v. US Environmental Protection Agency** |
| 1:18-cv-00252-TSB | **Pink v. Ohio Living et al** |
| 1:18-cv-00261-TSB | **Moore v. City of Cincinnati/City of Cincinnati Police Department Scott et al** |
| 1:18-cv-00352-TSB | **The Huntington National Bank v. Milman et al** |
| 1:18-cv-00532-TSB | **Kidd v. Durrani et al** |
| 1:19-cv-00724-MRB | **Ritrama, Inc. v. General Data Company, Inc. et al** |
| 1:19-cv-00952-TSB-KLL | **Reynolds v. Hutchinson et al** |
| 1:19-cv-00961-MRB | **H.H. Franchising Systems, Inc. v. Robo et al** |
| 1:19-cv-00968 | **Epps v. Linder, et al** |
| 1:19-cv-01003-TSB-KLL | **Pitts v. Commissioner of Social Security** |
| 1:19-cv-01073-TSB-KLL | **Boyd v. Howard** |
| 1:20-cv-00024-TSB | **Perry v. Indian Hill Exempted Village School District** |
| 1:20-cv-00069-TSB-KLL | **Rodgers-Eaches v. Commissioner of Social Security** |
| 1:20-cv-00081-TSB-SKB | **Hawk v. Commissioner of Social Security** |
| 1:20-cv-00146-MRB | **Kitchen v. Waynoka Property Owners Association, Inc. et al** |
| 1:20-cv-00172-TSB | **J. Rettenmaier USA LP v. Teamsters Local Union 957 General Truck Drivers, Warehousemen, Helpers, Sales and Service, and Casino Employees** |
| 1:20-cv-00217-MRB | **Charles v. Federal Bureau of Prisons et al** |
| 1:20-cv-00244-MRB | **Ray v. NewRez LLC** |
| 1:20-cv-00258-TSB | **Daniel v. Ability Recovery Services LLC** |
| 1:20-cv-00302-MRB-SKB | **Walker v. Warden, Warren Correctional Institution** |
| 1:20-cv-00303-MRB-SKB | **Walker v. Warden, Warren Correctional Institution** |
| 1:20-cv-00337-MRB-SKB | **Finnell v. Eppans et al** |
| 1:20-cv-00362-TSB-SKB | **Deters v. Hammer et al** |
| 1:20-cv-00375-MRB | **Blanton v. Hamilton County Communications Center** |
| 1:20-cv-00395-MRB | **Noumoff v. Checkers Drive-In Restaurants, Inc.** |
| 1:20-cv-00482-TSB | **Richmond v. Site Worx, LLC et al** |
| 1:20-cv-00490-TSB | **Ayers v. GT Excavating, LLC et al** |
| 1:20-cv-00564-MRB | **Bair v. Norfolk Southern Railway Company** |
| 1:20-cv-00583-TSB | **CASCO Manufacturing Solutions, Inc. v. Moore et al** |
| 1:20-cv-00651-TSB | **Anderson v. LaRosa's, Inc. et al** |
| 1:20-cv-00652-TSB-SKB | **Prince v. Scioto County Common Pleas Court, Court Employee et al** |
| 1:20-cv-00663-TSB-SKB | **Morgan v. Commissioner of Social Security** |
| 1:20-cv-00670-MRB-SKB | **Everhart v. Credit Vision Inc.** |
| 1:20-cv-00678-TSB | **Campbell v. Riahi, et al** |
| 1:20-cv-00688-MRB | **W et al v. BMG Sports LLC et al** |
| 1:20-cv-00759-TSB | **Fifth Third Bank v. Home Town Motors IV, Inc.** |
| 1:20-cv-00795-MRB | **Stanifer v. Menard, Inc. et al** |
| 1:20-cv-00838-TSB | **Peters v. Cook Group Incorporated et al** |
| 1:20-cv-00885-MRB | **Smiley v. Barclaycard US, et al.** |
| 1:20-cv-00891-MRB | **Integrity Business Partners, LLC v. Worldpay, LLC** |