# **Exhibit A**

# NeilMed®
## PHARMACEUTICALS, INC.
*World Leader in OTC Nasal Care Products*

**KETAN C. MEHTA, M.D.**
*CEO & Founder*
Diplomate, certified by
the American Boards of
Internal Medicine &
Pulmonary Medicine
ketan@neilmed.com
Mobile: +1(707) 494-3759

**NINA MEHTA**
*President*
nina@neilmed.com
Mobile: +1(707) 494-4153

**USA - HEAD OFFICE
& MANUFACTURING**
601 Aviation Blvd
Santa Rosa, CA 95403
Tel: +1(707) 525-3784
Fax: +1(707) 525-3785

**EUROPE**
*Ketan C. Mehta, M.D.
CEO & Founder*
ketan@neilmed.com
Mobile: +1(707) 494-3759

**CANADA**
*Mr. Kamal Mistry
Managing Director*
kamal@neilmed.com
Mobile: +1(707) 889-0696

**ASIA PACIFIC**
*Ms. Poonam Prabhu
Managing Director*
poonam@neilmed.com
Mobile: +91 98 4571 7977

www.neilmed.com

Dear Physician and Office Staff,

We would like to send you NeilMed product samples.

Please fill out the form below to verify your address and confirmation for samples.

You may FAX this form back to us at:

| | |
|---|---|
| USA +1 (707) 324 6030 | SINGAPORE +65 (0) 6 491 5930 |
| CANADA +1 (416) 981 7339 | NEW ZELAND +64 (0)9 353 1430 |
| AUSTRALIA +61 (03) 8677 9989 | JAPAN +81 (03) 5539 4493 |
| UK/EUROPE/IRE +44 (0) 207 900 6414 | |

or email to: questions@neilmed.com

We thank you for all of you years of support.

**NeilMed® SINUS RINSE™** and **NeilMed®** **Baby Care, Ear Care,** and **First Aid** devices have become an acceptable line of treatment for various self care for simple ailments.

Thank you in advance for your timely response.

**NeilMed Pharmaceuticals, Inc.**

---

Would you like to receive samples from **NeilMed®**?
☐ Regular Samples  ☐ One Time Samples  ☐ No Samples

Would you like to receive Medical Literature from **NeilMed®**?
☐ Yes  ☐ No

☐ I can not accept any samples or literature, but OK to update me.

☐ Please remove my name from the list.

I am not the current recipient on the list, please add more doctors to the list.

Doctor 1:_____ Doctor 2:_____

Doctor 3:_____ Doctor 4:_____

Please update your current address and contact information below and fax back to us.

Name: _____
Facility Name: _____
Address: _____
City: _____ State/Province: _____ Zip/Postal Code: _____
Tel: _____ Fax: _____
Email: _____